AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| FUTURE MOTION, INC. <br><br> *Plaintiff(s)* <br> v. <br> TONY LAI, an individual doing business as FLOATWHEEL <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-01742 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TONY LAI, d/b/a FLOATWHEEL
5th Tech Rd Industry Complex
Building 06 F27 15
Guilin City, GuangXi Province 546008
China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawn J. Kolitch
KOLITCH ROMANO DASCENZO GATES LLC
621 SW Morrison #1100
Portland, Oregon 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2023

**MELISSA AUBIN, Clerk of Court**

By: s/E.Potter, Deputy Clerk