SHAWN J. KOLITCH, OSB No. 063980
E-mail: shawn@krdglaw.com
**KOLITCH ROMANO DASCENZO GATES LLC**
621 SW Morrison Street #1100
Portland, OR 97205
Telephone: (503) 994-1650
Facsimile: (503) 224-7329

*Attorneys for Plaintiff*
*FUTURE MOTION, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FUTURE MOTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TONY LAI, an individual doing business as FLOATWHEEL, <br><br> Defendant. | Case No. 3:23-cv-01742-AR <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER SETTING HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Future Motion, Inc. ("Future Motion") has moved *ex parte* for a Temporary Restraining Order and a Preliminary Injunction, pursuant to Federal Rules of Civil Procedure, Rule 65, the Patent Act, 35 U.S.C. § 283, and Civil Local Rule 7.

Future Motion alleges that Defendant Tony Lai, doing business as Floatwheel ("Floatwheel") is promoting, offering to sell, and selling products branded as the "Floatwheel Adv" and "Floatwheel Adv Pro" models of self-balancing electric skateboards, including online through the e-commerce website www.floatwheel.com,

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR *EX PARTE* TRO
Page 1

which directly infringe Future Motion's U.S. Pat. Nos. 9,598,141 ("the '141 Patent"), 10,456,658 ("the '658 Patent"), 11,273,364 ("the '364 Patent"), and 11,590,409 ("the '409 Patent") (collectively the "Asserted Patents").

Future Motion further alleges that Defendant is producing and publishing videos, currently including at least the 43 videos listed in Complaint Exhibit I (Dkt. No. 01-09), to Defendant's video channel www.youtube.com/floatwheel, which induce infringement of the Asserted Patents.

Future Motion further alleges that Defendant has willfully copied Future Motion's patented technology, and that Future Motion will be irreparably harmed if the Court does not provide immediate injunctive relief to stop Defendant's infringing activities for at least the duration of the holiday shopping season.

The Court, having duly considered Future Motion's Complaint, Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction and Memorandum of Points and Authorities in support thereof, along with the declarations and exhibits submitted therewith, makes the following preliminary findings and conclusions:

1. This Court has jurisdiction over this matter and over the Defendant. In addition, this Court is a proper venue for this action, and the Defendant has been properly served or will be served as discussed more fully herein.

2. Future Motion is likely to succeed in showing that the Asserted Patents, appended to the Complaint as Exhibits A-D respectively, are owned by Future Motion, are valid, and are enforceable, and that Defendant has promoted and is making, offering

for sale, selling and/or importing into the United States products that infringe each of the Asserted Patents.

3. Specifically, Future Motion is likely to succeed on the merits of its patent infringement claims against Defendant's Floatwheel Adv and Floatwheel Adv Pro products and colorable imitations thereof (the "Accused Products").

4. It appears to the Court that Defendant is a China-based manufacturer of commercial products that does not have a regular place of business or assets in the United States, and that has taken significant measures to mask its identity and physical location. It also appears likely that, despite notice of this action, absent a grant of the requested relief Defendant will continue to market the infringing products and sell those products to customers in the United States.

5. Absent an *ex parte* temporary restraining order, Defendant's promotion and offers for sale of the Accused Products will result in immediate and irreparable injury to Future Motion in the form of lost market share, loss of control over its valuable intellectual property rights, loss of consumer goodwill, and interference with Future Motion's ability to exploit the Asserted Patents, including during the remainder of the 2023 holiday shopping season. Further, because Defendant has no apparent presence in the United States, it may be difficult or impossible for Future Motion to recover a monetary judgment against Defendant.

6. It appears to the Court based on Future Motion's representations that Future Motion has made reasonable efforts to notify Defendant of its infringement and the

likelihood that Future Motion would seek court intervention, including service of the Complaint, Summons, and related court documents by email to tony@floatwheel.com, as this Court authorized, but that Defendant has not responded to Future Motion's communications.

7. The harm to Future Motion in denying the requested temporary restraining order outweighs the harm to the legitimate interests of Defendant from granting such relief.

8. The public interest weighs in favor of granting Future Motion the requested temporary restraining order.

9. Despite a previous permanent injunction, Defendant has launched and is selling new infringing products, evidencing Defendant's willful patent infringement alleged in the Complaint by virtue of Defendant's e-commerce sales through www.floatwheel.com and presentation of videos through www.youtube.com/floatwheel. To prevent irreparable harm to Future Motion, the Court believes it is appropriate to prevent Defendant from continuing to sell its infringing products and from continuing to induce infringement through its instructional videos.  Because of the holiday shopping season extending through approximately December 25, 2023, irreparable harm to Future Motion can only be mitigated if this relief is granted immediately, without delaying to provide Defendant with an opportunity to appear.

//

//

## TEMPORARY RESTRAINING ORDER

**IT IS HEREBY ORDERED** that pending a decision by the Court on Future Motion's application for a preliminary injunction, Defendant and its officers, agents, servants, employees, and attorneys, and all other persons acting in active concert or participation with any of them, are hereby immediately, temporarily restrained from infringing Future Motion's Asserted Patents through continuing sales of Defendant's Floatwheel Adv and Floatwheel Adv Pro products, or through continuing availability of Defendant's instructional videos that induce infringement. Specifically, Defendant is hereby temporarily restrained from:

1. Making, using, selling, offering to sell, and importing into the United States commercial products that infringe U.S. Pat. No. 9,598,141, U.S. Pat. No. 10,456,658, U.S. Pat. No. 11,273,364, or U.S. Pat. No. 11,590,409, including but not limited to Defendant's "Floatwheel Adv" and "Floatwheel Adv Pro" products and colorable imitations thereof, by offering to sell or selling such products to customers in the United States in any manner, including but not limited to advertising or selling the products through the website www.floatwheel.com;

2. Processing any payment (regardless of how the payment is made) for the sale of any of the accused products identified or encompassed by paragraph 1 above; or

3. Producing, distributing, disseminating, or continuing to make publicly available any instructional video that induces infringement of U.S. Pat. No. 9,598,141, U.S. Pat. No. 10,456,658, U.S. Pat. No. 11,273,364, or U.S. Pat. No. 11,590,409, including but not limited to the 43 videos listed in Exhibit I to Future Motion's Complaint filed in this action, through any channel including but not limited to www.youtube.com/floatwheel.

**IT IS HEREBY FURTHER ORDERED** that, in accordance with the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, any web hosting company, domain name registry, and/or domain name registrar having notice of the Court's Order must (1) take any and all action necessary to remove the infringing products from websites having content controlled by Defendant, or alternatively to disable access to the website; and (2) provide notice of compliance to Future Motion's counsel within five (5) business days of receipt of notice of this Order. Specifically:

4. GoDaddy.com, LLC, the Registrar of record for Defendant's internet domain www.floatwheel.com, and any other Registrar of record of the domain www.floatwheel.com, must promptly upon receipt of a copy of this Order disable public access to the domain www.floatwheel.com until further notice;

5. Shopify, Inc., the provider of Defendant's e-commerce platform hosted on www.floatwheel.com, and any other e-commerce platform provider for Defendant, must promptly upon receipt of a copy of this Order disable the e-

commerce features relating to sales of the Floatwheel Adv and Floatwheel Adv Pro products at www.floatwheel.com, including but not limited to disabling the "Add to Cart" and "Buy it now" features on the web pages https://www.floatwheel.com/products/floatwheel-adv and https://www.floatwheel.com/products/floatwheel-adv-pro, until further notice;

6. Google LLC, doing business as YouTube, must promptly upon receipt of a copy of this Order disable public access to all instructional videos teaching viewers how to make and/or use a product that infringes Future Motion's patents, including but not limited to the following videos currently hosted at the YouTube channel https://www.youtube.com/floatwheel and listed in Exhibit I to Future Motion's Complaint in this action:

| Video Title | URL |
| --- | --- |
| 1. GT tear down analysis and Floatwheel ADV gen2 electronics anouncement | https://www.youtube.com/watch?v=mMmFAHLbMC0 |
| 2. floatwheel adv brittle plastic issue FIXED | https://www.youtube.com/watch?v=9LcKbMFgn1E |
| 3. floatwheel adv motor installation & delivery setup tutorial | https://www.youtube.com/watch?v=1ZhOdkb2qyk |
| 4. Riding from day to night with floatwheel adv pro! | https://www.youtube.com/watch?v=Y-qFnJ3deHw |
| 5. tiny Production upgrade (big) | https://www.youtube.com/watch?v=5MZHpRchchU |

| 6. The wait is over (sort of) | https://www.youtube.com/watch?v=qaeIEgs2Jys |
|---|---|
| 7. Why adv pro is taking forever to manufacture (painful to watch) | https://www.youtube.com/watch?v=akyyxZhbH5Y |
| 8. Drop test of floatwheel adv | https://www.youtube.com/watch?v=-sCwibTIqrk |
| 9. Anyone can nudge a curb on adv | https://www.youtube.com/watch?v=Hff1V5lrfHk |
| 10. Another day another lunch break | https://www.youtube.com/watch?v=5RIi60EQMYE |
| 11. floatwheel adv ridding footage (with BGM) | https://www.youtube.com/watch?v=NW7rCTiZXrY |
| 12. Big lunch break with floatwheel adv | https://www.youtube.com/watch?v=BYTldGINFAQ |
| 13. Final assembling kicks off. | https://www.youtube.com/watch?v=EkOF892mdO4 |
| 14. Moon color look fantastic | https://www.youtube.com/watch?v=LuyxmLLzU5g |
| 15. Stuff we been doing for the last 2 weeks (plastic) | https://www.youtube.com/watch?v=XTWJ3ruRcig |
| 16. Battery box deformation issue solved! | https://www.youtube.com/watch?v=LzoeQ4zxlX0 |
| 17. Plastic, Plastic, Plastic! | https://www.youtube.com/watch?v=eITfQMc-bnQ |
| 18. I built a dyno today | https://www.youtube.com/watch?v=iSg2wG5avcY |
| 19. floatwheel shipping date update! | https://www.youtube.com/watch?v=UCwQoV7gzhQ |
| 20. tiny production update on adv. | https://www.youtube.com/watch?v=gfj_LDs1XuI |

| | |
|---|---|
| 21. The motor plug gets a new design | https://www.youtube.com/watch?v=ElkWXXkhdG4 |
| 22. motor controller done, BMS under first piece test | https://www.youtube.com/watch?v=aCToDHqGuWQ |
| 23. Late night factory vibe | https://www.youtube.com/watch?v=MyWkUXYjCzU |
| 24. floatwheel adv production update #5 | https://www.youtube.com/watch?v=hLzFIvQ9t8c |
| 25. floatwheel production update #4 | https://www.youtube.com/watch?v=qlVxP8HJ-xk |
| 26. Programing the CNC machine | https://www.youtube.com/watch?v=d7Bu0G-qxbM |
| 27. Production Jig for the Cannoncore motor | https://www.youtube.com/watch?v=Ts8zXcqtCpQ |
| 28. Quick Floatwheel adv production update #3 | https://www.youtube.com/watch?v=KVVdw4R3q-w |
| 29. Floatwheel adv production process update #2 | https://www.youtube.com/watch?v=y9q8N-fWJIs |
| 30. floatwheel adv Production progress update | https://www.youtube.com/watch?v=L5daMNC9O3M |
| 31. floatwheel adv PCBA and parts came in | https://www.youtube.com/watch?v=7nYddKzwNGQ |
| 32. floatwheel adv wheel hub out of injection die casting mould and goes under check | https://www.youtube.com/watch?v=0aTALzB_V2U |
| 33. floatwheel adv prototype riding footage | https://www.youtube.com/watch?v=M5DG8slexnA |
| 34. LOTS of capacitors | https://www.youtube.com/watch?v=5AdEfGKC_4Y |

| | |
|---|---|
| 35. floatwheel adv ESC layout analysis and Structure demo | https://www.youtube.com/watch?v=nQ1EtY-De_U |
| 36. Floatwheel ADV footsensor compare to onewheel GT and XR | https://www.youtube.com/watch?v=Z42CZ5JVQPg |
| 37. floatwheel adv Internals Sneak Peek and water proof check | https://www.youtube.com/watch?v=f6QTefkIYd0 |
| 38. Introducing floatwheel adv series | https://www.youtube.com/watch?v=fKGFqEQG474 |
| 39. floatwheel Event 2022 | https://www.youtube.com/watch?v=Pvsr2DtOazI |
| 40. Step1 how to calibrate your IMU | https://www.youtube.com/watch?v=7-vp6sW2VQE |
| 41. Unbox the float kit and build it up | https://www.youtube.com/watch?v=VTAmc-8gKYs |
| 42. I made a new DIY onewheel kit that you can build at home | https://www.youtube.com/watch?v=1uj8-vymKmE |
| 43. DIY onewheel indepth tutorial + ridding [sic] demo | https://www.youtube.com/watch?v=kYdCT2ZLhbU |

**IT IS HEREBY FURTHER ORDERED** that Defendant may, upon proper showing, appear and move for dissolution or modification of the provisions of this Order.

## ADDITIONAL ORDERS

**IT IS HEREBY FURTHER ORDERED** that Future Motion shall post a bond of $5,000. To the extent Defendant believes that a higher bond is necessary pursuant to Rule 62(c), Defendant

shall file an application to the Court and provide notice to counsel for Future Motion by Friday, Dec. 22, 2023.

IT IS HEREBY FURTHER ORDERED that a preliminary injunction hearing is set for Thursday, Dec. 28, 2023 at the hour of 10:00 a.m., in Courtroom 15B before the Honorable Michael H. Simon, U.S. District Judge.

Defendant shall file and serve any opposition to Future Motion's motion for a preliminary injunction by Friday, Dec. 22, 2023.

Future Motion shall file and serve any reply in support of their motion for a preliminary injunction by Wednesday, Dec. 27, 2023, not later than 2:00 p.m.

IT IS HEREBY FURTHER ORDERED that this Order must be served upon Defendant via e-mail to the e-mail address tony@floatwheel.com provided by Defendant on its website (https://www.floatwheel.com/pages/support), as previously authorized by this Court.

IT IS SO ORDERED.

DATED this 15th day of December, 2023, at 11:00 a.m.

_____
UNITED STATES DISTRICT JUDGE/
~~UNITED STATES MAGISTRATE JUDGE~~
Michael H. Simon
U.S. District Judge

~~[PROPOSED]~~ ORDER ON PLAINTIFF'S MOTION FOR *EX PARTE* TRO
Page 11