# EXHIBIT A

# kolitch romano dascenzo gates

621 SW Morrison St., Ste. 1100
Portland, OR 97205
1.503.224.7529 | krdglaw.com

December 18, 2023

Via FedEx

YouTube, Inc., Attn Legal Support
901 Cherry Ave., Second Floor
San Bruno, CA 94066

Re: Court Order in District of Oregon Case No. 3:23-cv-01742-AR; KRDG File KJD609

To Whom It May Concern:

I am plaintiff's counsel in Case No. 3:23-cv-01742-AR in the United States District Court for the District of Oregon, *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*. I have enclosed a copy of the Court's Temporary Restraining Order dated December 15, 2023 (Dkt. No. 9). The highlighted portion at Page 7 of the order states that YouTube "must promptly upon receipt of a copy of this Order disable public access to all instructional videos teaching viewers how to make and/or use a product that infringes Future Motion's patents, including but not limited to the following videos currently hosted at the YouTube channel https://www.youtube.com/floatwheel . . ." Pages 7-10 of the order include a list of 43 videos, including their titles and URLs, that must be disabled.

Please comply with the attached order and promptly disable the 43 videos listed in the attached order and hosted at https://www.youtube.com/floatwheel. The order further states that YouTube must provide notice of compliance with the order to Future Motion's counsel within five (5) business days of receipt of the order. You may provide such notice of compliance by email to me at shawn@krdglaw.com.

If you have any questions, I can be contacted by email or phone.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.
Email: shawn@krdglaw.com
Phone: 503.224.7529

---

Kolitch Romano Dascenzo Gates LLC                    Intellectual Property Attorneys

# kolitch romano
# dascenzo gates

621 SW Morrison St., Ste. 1100
Portland, OR 97205
1.503.224.7529 | krdglaw.com

January 2, 2024

**Via Federal Express**

Google LLC
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

**Cc**:

Google LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Re:    Court Order in District of Oregon Case No. 3:23-cv-01742-AR

To Whom It May Concern:

Attached is a preliminary injunction order in the matter of *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*, Case No. 3:23-cv-01742-AR pending in the United States District Court for the District of Oregon.  I draw your attention to the highlighted portion of Paragraph 6 at page 8, which requires Google to disable the channel https://www.youtube.com/floatwheel, or alternatively to disable the 48 individual videos listed after page 8.

The order further requires Google to provide notice of compliance to Future Motion's counsel within five (5) business days of receipt of the order.  You may provide the required notice by email to me at shawn@krdglaw.com.

Thank you for your cooperation in this matter, and please contact me or have your counsel contact me immediately with any questions.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.
shawn@krdglaw.com
503-994-1650

---

Kolitch Romano Dascenzo Gates LLC                                    Intellectual Property Attorneys

# kolitch romano dascenzo gates

621 SW Morrison St., Ste. 1100
Portland, OR 97205
1.503.224.7529 | krdglaw.com

June 20, 2024

**Via Federal Express**

Google LLC
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

**Cc:**

Google LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Re:   Court Order in District of Oregon Case No. 3:23-cv-01742-AR

To Whom It May Concern:

Attached is a preliminary injunction order dated June 20, 2024 in the matter of *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*, Case No. 3:23-cv-01742-AR pending in the United States District Court for the District of Oregon. I draw your attention to highlighted paragraphs 2 and 3 at pages 6-7, which require Google LLC to take the following actions:

- Promptly disable the entire YouTube channel at www.youtube.com/floatwheel
- Promptly disable the email address tonyfloatwheel@gmail.com

The order further requires Google to provide notice of compliance to Future Motion's counsel within five (5) business days of receipt of the order. You may provide the required notice by email to me at shawn@krdglaw.com.

Thank you for your cooperation in this matter, and please contact me or have counsel for Google LLC contact me with any questions.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.
shawn@krdglaw.com
503-994-1650

---

Kolitch Romano Dascenzo Gates LLC                    Intellectual Property Attorneys

# kolitch romano
# dascenzo gates

621 SW Morrison St., Ste. 1100
Portland, OR 97205
1.503.224.7529 | krdglaw.com

July 30, 2024

**Via Federal Express**

Google LLC, dba YouTube
c/o Corporation Service Company
1127 Broadway St NE, Suite 310
Salem, OR 97301

Re:    Court Order in District of Oregon Case No. 3:23-cv-01742-AR

To Whom It May Concern:

Attached is a court order dated June 20, 2024 in the matter of *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*, Case No. 3:23-cv-01742-AR pending in the United States District Court for the District of Oregon. Paragraph 2 at page 6 requires your company to disable the entire YouTube channel at www.youtube.com/floatwheel.

I previously served a copy of this order on June 20, 2024. I received an email message from the YouTube Legal Support Team dated June 27, 2024, stating that the issue was under review. However, the Floatwheel channel on YouTube remains active more than a month later, currently hosting one video Short and a large amount of Community content, all of which pertains to the Floatwheel Adv and Floatwheel Adv Pro products. This explicitly violates the attached court order.

**Please immediately disable the entire channel www.youtube.com/floatwheel. The result should be that neither the channel itself nor any of its content remains publicly accessible.**

If the channel www.youtube.com/floatwheel remains accessible more than five business days from service of this letter, which will be at least six weeks since initial service of the attached court order, you should expect my client to file a motion to compel in Oregon federal district court.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.
shawn@krdglaw.com
503-994-1650

---

Kolitch Romano Dascenzo Gates LLC                          Intellectual Property Attorneys

# kolitch romano
# dascenzo gates

621 SW Morrison St., Ste. 1100
Portland, OR 97205
1.503.224.7529 | krdglaw.com

October 2, 2024

**Via Federal Express**

Google LLC, dba YouTube
c/o Corporation Service Company
1127 Broadway St NE, Suite 310
Salem, OR 97301

Re:     Court Order in District of Oregon Case No. 3:23-cv-01742-AR

To Whom It May Concern:

My firm represents Future Motion, Inc.  Attached is a court order dated June 20, 2024 in the matter of *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*, Case No. 3:23-cv-01742-AR pending in the United States District Court for the District of Oregon. Paragraph 2 at page 6 requires your company to disable the entire YouTube channel at www.youtube.com/floatwheel.  I previously served copies of this order on your company on June 20, 2024 and again on July 30, 2024.

I received an email message from the YouTube Legal Support Team dated August 2, 2024, stating that "the content in question has been blocked from view on the country domain."  This response is not sufficient for two reasons.  First, you have not complied with the attached court order, which states that "Google LLC, doing business as YouTube, shall promptly upon receipt of a copy of this Order ***remove or disable Defendant's entire 'Floatwheel' YouTube channel at www.youtube.com/floatwheel***, along with any other YouTube channel Defendant operates now or in the future that publishes videos and/or information about the Floatwheel Adv and/or Floatwheel Adv Pro products" (emphasis added). This has clearly not been done.

Second and more importantly, you have simply blocked access to the Floatwheel YouTube channel from U.S. IP addresses.  This leaves the entire channel accessible to anyone within the United States that uses a VPN to provide an IP address outside the United States.  It is trivially easy to set up a VPN at zero cost, and attached to this letter are exemplary screen shots I personally obtained in this manner today, demonstrating access to the Floatwheel YouTube channel from my office in Portland, Oregon. Accordingly, your action has not blocked access to the disputed channel by U.S. residents. This is precisely why the court order requires disabling the entire YouTube channel without any qualifications regarding the origin of the IP address seeking access.

As of today, the Floatwheel channel on YouTube remains active and easily accessible, including to U.S. consumers and residents, more than three months after your company first received the attached federal district court order.  This represents explicit and long-term violation of the court order, and is continuing to cause significant damage to Future Motion.  Accordingly, while my client has no desire to engage in a dispute with Google LLC, we are prepared to bring a motion for contempt if you do not act promptly and effectively to comply with the attached order.  If this becomes necessary, I believe we will be awarded our attorney's fees incurred for enforcing the order.

Kolitch Romano Dascenzo Gates LLC                    Intellectual Property Attorneys

Google LLC
October 2, 2024
KRDG File – KJD609

**Please immediately remove or disable the entire channel www.youtube.com/floatwheel.
The result should be that neither the channel itself nor any of its content remains publicly
accessible to anyone, from any IP address.**  I do not know any way to clarify this demand
further.

If the channel www.youtube.com/floatwheel remains accessible from any IP address more than
five business days from service of this letter, which will be almost *four months* since initial service
of the attached court order, we will file a motion for contempt in Oregon federal district court.

If you would like to discuss this matter before it escalates, please contact me and I will be happy
to do so.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.
shawn@krdglaw.com
503-994-1650

---

Kolitch Romano Dascenzo Gates LLC          2 of 2          Intellectual Property Attorneys



**Shawn Kolitch <kolitch@gmail.com>**

---

## Re: Legal Complaint Received
1 message

---

**YouTube Legal Support Team** <other-legal+132qm48yov1720m@support.youtube.com>
Reply-To: YouTube Legal Support Team <other-legal+132qm48yov1720m@support.youtube.com>
To: kolitch@gmail.com

Wed, Jan 17, 2024 at 2:55 PM

Hello,

We reviewed your legal complaint and restricted the content in question.

For more information about our removal processes, please check out this educational video.

Regards,

The YouTube Legal Support Team

On January 2, 2024 kolitch@gmail.com wrote:

> Attached is a copy of a Court order issued December 29, 2023 by the U.S. federal district court for the District of
> Oregon.  I draw your attention to Paragraph 6, which requires Google/YouTube to disable the channel
> https://www.youtube.com/floatwheel, or alternatively to disable 48 individual videos listed after Paragraph 6.  I also draw
> your attention to Paragraph 8, which explicitly states that Google/YouTube shall be subject to sanctions for contempt of
> court if it fails to comply promptly with the order.  Please be advised that due to Google's consistent failure to act on
> previous court orders in this and other related federal district court actions, I will move the Court for sanctions if your
> company fails to act promptly in response to this message and the attached court order.
>
> If your legal department has any questions, you may contact me using the following information:
>
> _____
>
> **Shawn Kolitch, PhD | Founding Partner**
>
> ## kolitch romano
> ## dascenzo gates
>
> Intellectual Property Attorneys
> Mail: 621 SW Morrison Street #1100 | Portland, OR 97205 USA
> Email: shawn@krdglaw.com
> Phone: 1.503.224.7529 | krdglaw.com
>
> On Tue, Jan 2, 2024 at 9:19 AM YouTube Legal Support Team <other-legal+132qm48yov1720m@
> support.youtube.com> wrote:
>
>> Hello,
>>
>> Thanks for contacting the YouTube Legal Support team. We will review your request as soon as possible. The
>> reference number for your complaint is YAROYBVAKBMM2QGPIJS7S4ATJ4.
>>
>>
>> Regards,
>>
>> The YouTube Legal Support Team

 Gmail

**Shawn Kolitch <kolitch@gmail.com>**

---

**Re:**

1 message

---

**YouTube Legal Support Team** <trademark+0tojuzz6c91ik0c@support.youtube.com>
Reply-To: YouTube Legal Support Team <trademark+0tojuzz6c91ik0c@support.youtube.com>
To: kolitch@gmail.com

Wed, Mar 6, 2024 at
10:34 AM

Hello,

Upon further investigation, we found that the content in question has already been blocked from view on the country domain. Please note that we did not block the content as a result of this legal removal request.

Regards,

The YouTube Legal Support Team

On December 18, 2023 kolitch@gmail.com wrote:

> Please confirm receipt of the Court's order.  I note that this is a TRO and the timing is urgent, as the Court clearly agreed.  Please <u>comply with the terms of the order</u>.  It should not take 72 hours to remove access to www.youtube.com/floatwheel.  Thank you. If your legal team has any questions despite the very clear order, please contact me immediately.  I can be reached by return email or at any of the contact information below.
>
> _____
>
> **Shawn Kolitch, PhD | Founding Partner**
>
> # kolitch romano
> # dascenzo gates
>
> Intellectual Property Attorneys
> Mail: 621 SW Morrison Street #1100 | Portland, OR 97205 USA
> Email: shawn@krdglaw.com
> Phone: 1.503.224.7529 | krdglaw.com
>
>
> On Sun, Dec 17, 2023 at 9:22 AM Shawn Kolitch <kolitch@gmail.com> wrote:
>> Attached is a copy of the Court's order in Case No. 3:23-cv01742-AR in the United States District Court for the District of Oregon, *Future Motion, Inc. v. Tony Lai d/b/a Floatwheel*.  The highlighted portion at Page 7 of the order states that YouTube "must promptly upon receipt of a copy of this Order disable public access to all instructional videos teaching viewers how to make and/or use a product that infringes Future Motion's patents, including but not limited to the following videos currently hosted at the YouTube channel https://www.youtube.com/floatwheel . . ." Pages 7-10 of the order include a list of 43 videos, including their titles and URLs, that must be disabled.
>>
>> Please comply with the attached order and promptly disable the 43 videos listed in the attached order and hosted at https://www.youtube.com/floatwheel.  The order further states that YouTube must provide notice of compliance with the order to Future Motion's counsel within five (5) business days of receipt of the order.  You may provide such notice of compliance by return email to me.  Be aware that if YouTube refuses to comply with this order, my client has instructed me to bring a motion for contempt.
>>
>> If you have any questions, I can be contacted by return email or at the phone number in my electronic signature below.

Sincerely,

Shawn Kolitch
Counsel for Future Motion, Inc.

---

**Shawn Kolitch, PhD | Founding Partner**

# kolitch romano

# dascenzo gates

Intellectual Property Attorneys
Mail: 621 SW Morrison Street #1100 | Portland, OR 97205 USA
Email: shawn@krdglaw.com
Phone: 1.503.224.7529 | krdglaw.com

On Sun, Dec 17, 2023 at 5:40 AM YouTube Legal Support Team <trademark+0tojuzz6c91ik0c@support.youtube.com> wrote:

> Hello,
>
> In order to further consider your claim, we would be grateful if you could attach a copy of the court order, or other official legal document to which you refer, in your email below.
>
> Please note, until we receive relevant documentation, we will not be taking any further action in relation to this claim.
>
> Regards,
>
> The YouTube Legal Support Team
>
> On December 17, 2023 Contact Us Form wrote:
>
> ```
> Country: US
> Fulllegalname: Shawn Jason Kolitch
> behalf: client
> client: Future Motion, Inc.
> email_prefill: kolitch@gmail.com
> cite_law: Patent Infringement, 35 USC 271
> hyperlink: https://www.law.cornell.edu/uscode/text/35/271
> content_issue: video
> video_url: https://www.youtube.com/watch?v=1ZhOdkb2qyk
> content: Inducing patent infringement, as described in forthcoming Court
> Order the I will provide by email response.  The URL above is just one
> example.
> affirmation_one: I declare that the information in this notice is true and
> complete.
> Signature: Shawn Jason Kolitch
> ```

 Gmail

**Shawn Kolitch <kolitch@gmail.com>**

---

## Re: Legal Complaint Received
1 message

---

**YouTube Legal Support Team** <other-legal+31zvrp82rt8el0m@support.youtube.com>          Fri, May 20, 2022 at
Reply-To: YouTube Legal Support Team <other-legal+31zvrp82rt8el0m@support.youtube.com>                    1:22 PM
To: kolitch@gmail.com

Hello,

We've reviewed your request and we're unable to take action on the basis of the order you've provided. The court order is too vague, temporally limited, and/or does not specifically apply to content that is hosted on YouTube.com.

Please note that we may be prepared to comply with any permanent order that requires the content creator to remove **specific YouTube URLs**. In cases where the author is anonymous, we can provide you with user information, pursuant to a valid third-party subpoena or other appropriate legal process against Google LLC.

Regards,

The YouTube Legal Support Team

On May 19, 2022 kolitch@gmail.com wrote:

> Hello,
>
> It appears you may not have read the court order I provided carefully enough.  The order permanently enjoins the defendant from posting videos illustrating the function of the Floatwheel products, specifically including "all such videos posted on defendant's Floatwheel YouTube channel."  This could hardly be more specific, and these are precisely the videos that are the subject of my takedown requests.  The last paragraph of the order requires cooperation in the form of disabling service to the defendant by "online video hosting platforms," which obviously includes YouTube.  The order is not vague or temporally limited, and it specifically cites the Floatwheel YouTube videos.
>
> Please review the order again and disable the videos on the defendant's Floatwheel YouTube channel.  If YouTube fails to comply with the order, my client will have no choice but to consider bringing a motion for contempt in federal district court.
>
> If YouTube's legal counsel wishes to discuss this matter with me, my contact information is below and I would be happy to schedule a call with someone.
>
> Regards,
>
> _____
> **Shawn Kolitch, Ph.D | Partner**
>
> ## kolitch romano
>
> Intellectual Property Attorneys
>
> 520 SW Yamhill St. #200 | Portland, OR 97204 USA
>
> Email: shawn@kolitchromano.com
>
> Phone: 1.503.994.1650 | kolitchromano.com
>
> On Thu, May 19, 2022 at 9:11 AM YouTube Legal Support Team <other-legal+31zvrp82rt8el0m@support.youtube.com> wrote:
>
>> Hello,

We've reviewed your request and we're unable to take action on the basis of the order you've provided. The court order is too vague, temporally limited, and/or does not specifically apply to content that is hosted on YouTube.com.

Please note that we may be prepared to comply with any permanent order that requires the content creator to remove specific YouTube URLs. In cases where the author is anonymous, we can provide you with user information, pursuant to a valid third-party subpoena or other appropriate legal process against Google LLC.

Regards,

The YouTube Legal Support Team

On May 18, 2022 kolitch@gmail.com wrote:

> Relevant to this complaint, please see the attached court order, especially sections 1(a)(ii) and 1(b), which relate to the defendant's videos.
>
> On Wed, May 18, 2022 at 11:59 AM YouTube Legal Support Team <other-legal+31zvrp82rt8el0m@support.youtube.com> wrote:
>
>> Hello,
>>
>> Thanks for contacting the YouTube Legal Support team. We will review your request as soon as possible. The reference number for your complaint is 7EOUYFXUZYXN36XOF3T6PP26UI.
>>
>>
>> Regards,
>>
>> The YouTube Legal Support Team