# EXHIBIT B

Kolitch Decl. Ex. B, Page 1







floatwheel • 4 months ago

ADV v2 under a bit of debug here, cause I'm not getting correct discharging current readings, devchip was kind enough to send a field assistant engineer to help us during the holidays, this is now 1st priority. And GTV is under mass production as we speak, I'm trying to beat the shipping schedule by 1week and make sure you receive them by the end of May.



floatwheel • 4 months ago

Here are all the dyno results, in the chart all boards were tested under the magbrake at 1.75w pushing the friction plate, the GT however would shut off mid test under 1.75w load（over current fault）, I switched to 1.5w in order to get the stock GT to finish the dyno test. you can see the GTV Kit really takes all the potential out of the hypercore motor, at the maximum output, the magnet inside is …
Read more



floatwheel • 4 months ago

Pint V bms is testing right now will launch preorder soon.

V2 electronics finally on the smt and modular testing in the same time.



👍 128  👎  ↗  💬 48

**floatwheel**  5 months ago (edited)
floatwheels.ru is down for a short period of time due to service.

May 1st edit: it's now back up and running.

👍 75  👎  ↗  💬 30

**floatwheel**  5 months ago
We are at final revision（hope so）of the Adv v2 power electronics.
The v2 electronic system will be the most rediculous system out there, just look at its power stage this is crazy, we use 100V 740A mosfets while the GTS is using 120V 230A fets.
...
Read more



👍 212  👎  ↗  💬 81

**floatwheel**  6 months ago
V2 ESC first lay version,let's get this to the manufacture and enjoy the rest of the weekend, I added a SD card slot in there, and it will come with a 8gb tf card for data/error logging, just like the black box on airplane. currently this is the only 100V controller that offers 12x toll mosfets in power stage，and 600V standalone gate driver. Given same heatsink it would outperform any ESC that's out there.



Kolitch Decl. Ex. B, Page 4

👍 191  👎  ↪  💬 44

**floatwheel** 6 months ago

Currently designing a plug and play BMS for the pint and pintx and XR. I couldnt help but notice this horrible JAE ES9P002VFZR1600 charge plug that's known to burn, this plug is rated for 4A per leg, but under very light charging current （1.3A）, it heats up to 46.3°C with good air circulation, it's gonna be hotter inside the box. So using pint hypercharger will definitely hurt this tiny plug here, in my design I …
Read more



👍 112  👎  ↪  💬 16

**floatwheel** 6 months ago

Forget about their trade in,
Your GT's worth a lot more with the GTV kit! GTV beta testing units shipping out today!
With the GTV kit, your GT will smoke the GTS. In our dyno test, the GTV with GT stock motor will pull 4250w while the stock GTS can only do 3800w and if you put a TFL mte 5' hub on it, the torque will be…
Read more



👍 230  👎  ↪  💬 65

**floatwheel** 7 months ago

Dear riders,
Due to Chinese newyear holidays, all international logistics company are halted until Feb 19th, you may still place orders, but order fulfill will be starting from Feb 19th, we will also be taking some days off during this time...
Read more















**floatwheel** 8 months ago

We have made this proprietary motor plug for pint so our pintv kit user can easily plug and play with our kit.

GTV kit is in beta production. will take approximately 60days for the motor plug to start mass ...
Read more



👍 223    123

**floatwheel** 8 months ago
We are back to life!
from now on
floatwheels.ru will be our domain
tonyfloatwheel@gmail.com will be our support email.

👍 254    66



**floatwheel** 9 months ago
Our store got shut down again 😞
We are building up a new one today, it's gonna take some time to get it up and running, still on the old floatwheels.ru domain.
...
Read more

👍 288    109

**floatwheel** 9 months ago
The dyno data of GTV (stock onewheel GT with floatwheel motor controller).
The result is amazing, GT with everything stock, just throw in a floatwheel motor controller, it beat the GTS in almost every way:
15% more power than GTS (4350w v 3781w)..
Read more



👍 128    49

**floatwheel** 9 months ago (edited)
welp, needs some design tweak but works as
It should! Gimme some more time to get this done, also, adv II bms in the work!





👍 163   👎   ↗   💬 38

**floatwheel** 9 months ago
GTV Kit charge only BMS out. Tested the GT to output 4000w which is same as GTS! Haven't even tune it yet!



👍 112   👎   ↗   💬 35

**floatwheel** 9 months ago
Reward time! 🎉 🎉 🎉 Thank you for the tutorials you've contributed to Floatwheel! Congratulations to the following riders who have won store credits:

🏆 First Prize 💲 500 @FloatwheelFan...
Read more



👍 37   👎   ↗   💬 10

**floatwheel** 9 months ago (edited)
Dear floatwheel riders,

Greetings from the floatwheel team, our onlinestore have moved to floatwheels.ru due to the floatwheel.com is under attack right now. And our emergency contact email is ...
Read more

👍 211   👎   ↗   💬 168

**floatwheel** 9 months ago
My GT is ready to vesc 🥷 🥷



Kolitch Decl. Ex. B, Page 9

















198 82

floatwheel 9 months ago

v2 electronics are up to paces, gonna get the BMS layout done in the next few days. new esc schematic out in today as well. the bms is constructed with a dvc1124 stack monitor and a stm32f103 as driver and communicator, the stm32 chip has a battery protection algorithm built in and it reads data from the dvc1124 stack monitor, the stm32 also controls precharge pre discharge and ...

Read more

207 73

floatwheel 10 months ago

Make a crypto currency payment tutorial for floatwheel and WIN 500$

Dear Floatwheel Ridez!

...

Read more

187 68

floatwheel 10 months ago

those are the key tune I used with that GTS adv ramp climb video

BMS
FIRMWARE
MOTOR CFG
AF.OAT CFG
FIRMWARE
MOTOR CFG
General
Current
Motor Current Max
120.00 A
CURRENT
DEFAULT
HELP
Motor Current Max Brake
-120.00 A
CURRENT
DEFAULT
HELP
Absolute Maximum Current
180.64 A
CURRENT
DEFAULT
HELP
General
Current
CURRENT
DEFAULT
HELP
Battery
Battery Current Max
70.00 A
CURRENT
DEFAULT
HELP
Battery Current Max Regen
-70.00 A
CURRENT
DEFAULT
HELP
DRV8301
DRV8301 OC Mode

👍 97  👎  ↗  💬 12



**floatwheel** 10 months ago
I got my gts！ first impressions: not as light as I expected, still a lot of room for it to loose weight, feels more torquey than GT for sure, reminds me of my old vesc Pint, dynotest video comes tomorrow!

👍 118  👎  ↗  💬 30



**floatwheel** 10 months ago
All plastic kits shipped last week（US）, just done packing the rest of world of new plastic part,finally can take a little break 😣 😣 now we find logistics for dozens of different countries and print label and send them out later this week

👍 130  👎  ↗  💬 20



**floatwheel** 1 year ago
New BMS's evaluation board's here, now the work begins, need to wrap our brain around this new chip.

floatwheel · 1 year ago
proprietary plug?
made it in a second



floatwheel · 1 year ago
Finally got my gt, I had to take 2 days off to HONGKONG to bring it back, carry this thing for an afternoon passing customs almost killed me.

But finally I got it. First of all, the unboxing experience, ten outta ten, it was very well designed and ver...
Read more



floatwheel · 1 year ago
😋😋😋 adv miami blue with grey fender looks so good



Kolitch Decl. Ex. B, Page 14







**floatwheel** 1 year ago
first 120+ battery packs all used up!
we are making new packs got 76 front packs made today moving fast
Read more



**floatwheel** 1 year ago
slowly picking up speed and made 13 adv pro today, adv's rail is really clean.



**floatwheel** 1 year ago
9 more adv with dg40 battery, once trial production is over we will have the sop worked out and will outsource assemble work to esk8 factories









