# EXHIBIT C



### XRV Power kit Installation Guide

floatwheel
6.91K subscribers

222 · Share · Download · Clip · Save

3.9K views  5 days ago
...more

80 Comments   Sort by

Add a comment...

**@chasekasperowski8253** 1 day ago
Just installed one. I've been building vescs for almost 2 years now. This kit was amazing. It is truly plug and play and I believe that almost anyone can do it. The he board rides so much better and safer, and this controller has a lot of room to upgrade parts down the road. Headlights are great, and the pre loaded software is amazing. I didn't even open the vesc app before ridding. I just installed the kit and turned it on. I'm very satisfied quality of the kit as well.
1  Reply

**@iBenCruz** 5 days ago
Thank you Tony. Because of you & the Vesc community you are pushing FM to be a more competitive company.
16  Reply

**@obiwan-wheel8113** 5 days ago
Back from the dead the XRs will be alive again ❤️
22  Reply

**@deanaoxo** 5 days ago
I think i'm more excited about making my boards work again, than I was originally getting the first one. Thank you Tony for your work., keeping this awesome platform alive
10  Reply

**@Primitivepressy** 52 minutes ago
Love my XRV kit!!!! Thanks tony!
Reply

**@VESCmann** 2 days ago
great to see an all in one plug and play solution for the XR! I'm running these kinds of set up for my trick boards.
Reply

**@p0rtugeek** 5 days ago
Amazing feat of engineering! These XR are going to be beasts!
8  Reply

**@ethansalus5688** 3 days ago
I sold my Gt once I heard the Xr kits were in. Excited to try it out!
1  Reply

**@CayoticProphet** 5 days ago
BRAVO TONY!!!! This is amazing! I'll take 2 kits!
If you get bored now that there are drop in kits for everything, wireless remote start "anti theft" key fobs should be next on your list. I had to uninstall mine since I lost the fob while doing yard work... 😅
4  Reply

**@dogbog99** 5 days ago
Well done Tony, doing incredible work!
2  Reply

**@Alienvertex** 5 days ago
can you make a video on how to do this:
add 80ml of ATF fluid into your hub.
11  Reply

**@nullx8** 5 days ago
finally some way to fix them, the only reason i did not get me one is that you can't fix them, and futuremotion does everything to prevent it, its good to know the community and other corps do somethings aboutit
3  Reply

**@MFD005** 5 days ago
This is awesome Tony I have a old xr plus that's isnin need of an upgrade. So Happy 😊

Kolitch Decl. Ex. C, Page 1












