SHAWN J. KOLITCH, OSB No. 063980
E-mail: shawn@krdglaw.com
**KOLITCH ROMANO DASCENZO GATES LLC**
621 SW Morrison Street #1100
Portland, OR 97205
Telephone: (503) 994-1650
Facsimile: (503) 224-7329

*Attorneys for Plaintiff*
*FUTURE MOTION, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FUTURE MOTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TONY LAI, an individual doing business as FLOATWHEEL, <br><br> Defendant. | Case No. 3:23-cv-01742-AR <br><br> **NOTICE OF APPEAL** |

    Future Motion, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying Plaintiff's Motion for Imposition of Sanctions and Contempt Against Nonparty Google LLC, d/b/a YouTube, or Alternatively for an Order to Show Cause, entered on January 7, 2025 (ECF No. 64).

//

//

//

//

//

DATED: January 22, 2025           Respectfully submitted,

                                                  By: /s/ Shawn J. Kolitch
Shawn J. Kolitch
**KOLITCH ROMANO DASCENZO GATES LLC**
621 SW Morrison #1100
Portland, Oregon 97205
Tel.: 503-994-1650
Fax: 503-224-7329
shawn@krdglaw.com
*Counsel for Plaintiff Future Motion, Inc.*