```
                                                                FILED
UNITED STATES COURT OF APPEALS
                                                                JAN 31 2025
      FOR THE NINTH CIRCUIT
                                                             MOLLY C. DWYER, CLERK
                                                              U.S. COURT OF APPEALS
```

| FUTURE MOTION, INC., | No. 25-497 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-01742-AR District of Oregon, Portland |
| v. | |
| GOOGLE LLC, | ORDER |
| Intervenor - Appellee, | |
| TONY LAI, an individual doing business as Floatwheel, | |
| Defendant. | |

The motion for voluntary dismissal (Docket Entry No. 3) is granted. *See* Fed. R. App. P. 42(b).

This appeal is dismissed.

This order serves as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT