# EXHIBIT B



# floatwheel adv2 disassembling tutorial

**floatwheel** — 7.14K subscribers — Subscribed

1,280 views  Mar 2, 2025
Tutorial on how to replace the ESC, BMS and battery pack.

## Transcript
Follow along using the transcript.

Show transcript

**floatwheel** — 7.14K subscribers

Videos    About

Show less

## 22 Comments    Sort by

Add a comment...

**@seandadude** 13 days ago
You rock Tony! Love having the ability to do my own repairs and maintenance.
👍 1    Reply

**@surfdado** 12 days ago
one of the biggest questions I had was how to remove the bluetooth antenna - but you didn't show it. All of us have glued/siliconed antennas so removal isn't going to be easy at all - I give it a 50/50 chance that my antenna will survive my "surgery"
👍 9    Reply
▼ 2 replies

**@rotz357** 13 days ago (edited)
So adv 2 owners are going to automatically get sent necessary replacement parts. Or do we got to email you and request for it
👍 4    Reply
▼ 2 replies

**@Qdarnell89** 12 days ago
My bluetooth antenna broke very easily. I didn't really get a clear idea of removing it in this video. In addition, removing the thermal pad was difficult as well because mine was essentially brittle. I managed to get around 80% removed with using a paint scraper.
1.) Because the bluetooth antennae is broken will this affect operation of the board at all, or connecting to apps with vesc or floaty?
2.) Whats the explanation of replacing the bottom portion of ESC vs both parts? ...
Read more
👍    Reply

**@seanbartlett7578** 11 days ago
When will Adv 1 owners get to upgrade the hardware at cost to Adv 2?  I was late to Adv 1 but bought an upgrade was going to be offered at cost + P&P.
👍    Reply

**@CBR600xF4i** 12 days ago
Any instructions needed for installation of V2 electronics kit for adv1 riders?
👍 1    Reply

**@ScottyD_NZ** 12 days ago
Cheers Tony
👍    Reply

**@Oneeyedoyster** 10 days ago
If you are following these directions note that the antenna has black glue holding on mine.  Also note: power button cable is accidentally unplugged at the button.
👍    Reply

**@digicopteraerialcinematogr4921** 2 days ago
My battery from the new ADV2 (order in okt. 2025) is defective - one cell is dead. Unfortunately, I'm not getting any response from Tony. Now the website has also been taken down. I'm a bit at a loss because I've already sent several emails and screenshots to Tony. What can I do? Does anyone know if he will respond and send new parts like a battery, BMS, or antenna? Thank you für



help
Reply

@Qdarnell89 12 days ago
Does the top and bottom half of ESC get shipped?
1    Reply
1 reply

@auston911 12 days ago
Dont delete later even if u felt Cute 0:28 ❤️ 😂 😂 😊 😊 😊 come back soon?
Reply

@freedomcaller 13 days ago
Getting educated in tony school 😎
1    Reply

@mrawesome1821 13 days ago
Channel not available
3    Reply
3 replies

@fixmypev 12 days ago
The U.S. District Court has entered the chat.
Reply

